UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN NEWTON JONES,
        Plaintiff,

v.

GENERAL ELECTRIC COMPANY, et al.,
        Defendant.

Case No. 17-cv-05446-VC

**ORDER OF DISMISSAL**

        The Court has been advised by the Notice of Settlement filed on July 19, 2018 that the parties have resolved this case in its entirety. (Re: Dkt. No. 229). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

        The parties retain the right to request the case being reinstated within 120 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 120 days, the dismissal will be with prejudice.

        **IT IS SO ORDERED.**

Dated: July 20, 2018

_____
VINCE CHHABRIA
United States District Judge